# Third District Court of Appeal

## State of Florida

Opinion filed June 18, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0486
Lower Tribunal No. F03-10401

_____

**Juan M. Gonzalez,**

Appellant,

vs.

**State of Florida,**

Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Miguel M. de la O, Judge.

Juan M. Gonzalez, in proper person.

James Uthmeier, Attorney General, for appellee.

Before FERNANDEZ, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.